IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

    Plaintiff,

v.                                                            Cr 13-58-5

RICHARD WOOD,

    Defendant.

### CHANGE OF PLEA

Defendant, RICHARD WOOD, withdraws his plea of Not Guilty and enters a plea of Guilty as to Count 6 of the Superseding Indictment in open court this 29th day of April, 2014.

_____
Defendant's Signature

_____
Attorney for Defendant